FORMS TO BE USED FOR MOTIONS
UNDER 28 U.S.C. § 2255
(Formulario para Mociones bajo el Titulo 28,
Código E.U. § 2255)

_Luz Maria Padilla_
NAME (Nombre)

04 - 2423 DRD

_14934-069_
PRISON NUMBER
(Número en la prisión)

_Danbury Federal Prison_
PLACE OF CONFINEMENT
(Lugar de reclusión)

United States District Court for the District of Puerto Rico
(Tribunal de Distrito de los Estados Unidos para el Distrito de
Puerto Rico)

_CR. NO: 97- 74 (DRD)_
CASE NUMBER
(Número del caso)
To be supplied by the Clerk of the U.S. District Court.
(Será proporcionado por el Secretario del Tribunal de Distrito
Federal.)

United States

v.

_Luz Maria Padilla_
FULL NAME OF MOVANT
(Nombre completo del peticionario)

If movant has a sentence to be served in the future under a
federal judgment which he wishes to attack, he should file a motion
in the federal court which entered the judgment.

(Si el peticionario tiene que cumplir una condena futura
dictada por un tribunal federal y que desee impugnar, deberá
radicar una moción en el tribunal federal que dictó el fallo.)

**MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE
— BY A PERSON UNDER FEDERAL CUSTODY**
(Moción para revocar, dejar sin efecto o corregir una
condena de una persona bajo custodia federal)

1. This motion must be legibly handwritten or typewritten, and
signed by the movant under penalty of perjury. Any false
statement of a material fact may serve as the basis for
prosecution and conviction for perjury. All questions must
be answered concisely in the proper space on the form.

Page -4-

## MOTION
### (Moción)

1. Name and location of court which entered the judgment or conviction under attack:
   (Nombre y dirección del tribunal que dictó la sentencia o condena que usted impugna.)

   _U.S.D.C. - District of Puerto Rico_

2. Date of judgment or conviction: _March 10, 1997_
   (Fecha de la sentencia o condena)

3. Length of sentence: _204 months - 5 years S.R._
   (Duración de la condena)

4. Nature of offense involved: _21: 841(a) Conspiracy_
   (Naturaleza del delito en cuestión)
   _to distribute Cocaine and marihuana (2 counts)_

5. What was your plea? Check one.
   (¿Cómo se declaró usted? Marque uno.)

   a) Not guilty ( ) b) Guilty (X) c) Nolo contendere ( )
      (No culpable)      (Culpable)

   If you entered a guilty plea to one count or indictment, and a not guilty plea as to other count or indictment, give details:
   (Si usted se declaró culpable de un cargo o una acusación, y se declaró no culpable de otro cargo o acusación, especifique:)

   _N/A_

6. Kind of trial. Check one.
   (Tipo de juicio. Marque uno.)

   a) Jury ( )    b) Judge only (X)
      (Por jurado)    (Por derecho)

7. Did you testify at the trial?         Yes (X) No ( )
   (¿Testificó en el juicio?)            (Sí)    (No)

8. Did you appeal judgment of conviction? Yes ( ) No (X)
   (¿Apeló la sentencia condenatoria?)   (Sí)    (No)

Page -5-

9.  If you did appeal, answer the following:
    (Si apeló, conteste lo siguiente:)

    a)  Name of the court                    n/A
        (Nombre del tribunal)

    b)  Result                               n/A
        (Resultado)

    c)  Date of result                       n/A
        (Fecha del resultado)

10. Other than a direct appeal from the judgment of conviction
    and sentence, have you previously filed any petitions,
    applications, or motions with respect to this judgment in any
    federal court?
    (Aparte de una apelación directa del fallo condenatorio y la
    sentencia, ¿ha radicado usted anteriormente alguna petición,
    solicitud o moción en relación a dicho fallo en algún tribunal
    federal?)

                        Yes ( )              No (X)
                        (Si)                 (No)

11. If your answer to question 10 was "yes", provide the
    following:
    (Si su contestación a la pregunta número 10 fue "si", indique
    lo siguiente:)

    a)  1.  Name of court                    n/A
            (Nombre del tribunal)

        2.  Nature of proceedings            n/A
            (Naturaleza de los procedimientos)

        3.  Grounds raised                   n/A
            (Razones aducidas)

        4.  Did you receive an evidentiary hearing on your
            petition, application or motion?
            (¿Le concedieron una vista para presentar pruebas
            respecto a su petición, solicitud o moción?)
                        Yes ( )              No (X)
                        (Si)                 (No)

        5.  Result                           n/A
            (Resultado)

        6.  Date of result                   n/A
            (Fecha del resultado)

Page -6-

b) As to any second petition, application or motion give the same information:
(Provea la misma información respecto a una segunda petición, solicitud o moción.)

1. Name of court _____ n/A
(Nombre del tribunal)

2. Nature of proceedings _____ n/A
(Naturaleza de los procedimientos)

3. Grounds raised _____ n/A
(Razones aducidas)

4. Did you receive an evidentiary hearing on your petition, application or motion?
(¿Le concedieron una vista para presentar pruebas respecto a su petición, solicitud o moción?)

Yes ( )          No (X)
(Sí)             (No)

5. Result _____ n/A
(Resultado)

6. Date of result _____ n/A
(Fecha del resultado)

c) As to any third petition, application, or motion give the same information:
(Provea la misma información respecto a una tercera petición, solicitud o moción.)

1. Name of court _____ n/A
(Nombre del tribunal)

2. Nature of proceedings _____ n/A
(Naturaleza de los procedimientos)

3. Grounds raised _____ n/A
(Razones aducidas)

_____
_____

4. Did you receive an evidentiary hearing on your petition, application or motion?
(¿Le concedieron una vista para presentar pruebas respecto a su petición, solicitud o moción?)

Yes ( )        No (X)
(Si)           (No)

_____ n/a _____

5. Result
(Resultado)

6. Did you appeal the result of any action taken on any petition, application or motion to an appellate court having jurisdiction?
(¿Apeló usted el resultado de alguna acción tomada respecto a cualquier petición, solicitud o moción al tribunal de apelación con jurisdicción?)

1) First petition, etc.        Yes ( )   No (X)
   (Primera petición, etc.) (Si)         (No)

2) Second petition, etc.       Yes ( )   No (X)
   (Segunda petición, etc.) (Si)         (No)

3) Third petition, etc.        Yes ( )   No (X)
   (Tercera petición, etc.) (Si)         (No)

d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why not.
(Si no apeló la resolución adversa respecto a cualquier petición, solicitud o moción, explique brevemente por qué no lo hizo:)

_I was not aware that I could Appeal my case. Counsel explained very little to me. I did what counsel said to do._

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.
(Exponga brevemente cada una de las razones por las que usted alega estar detenido ilegalmente. Resuma brevemente los hechos que sustenten cada una de las razones.)

Page -10-

i)   Denial of effective assistance of counsel.
     (Se le negó el auxilio necesario de un abogado.)

j)   Denial of right to appeal.
     (Se le negó el derecho de apelación.)

k)   Sentence is in excess of maximum authorized by law.
     (La condena excede el máximo autorizado por la ley.)

Ground one:   Fifth - Sixth Amendment
(Primer motivo)

5th Amendment right to due process of law to the 6th Amendment right to Jury trial, to 28 USC. 2255, to U.S. v Green and to Blakely v. Washington, and its progeny, that the Court vacate her sentence and impose a Justa reasonable sentence

Supporting facts (tell your story briefly without citing cases or law):
Hechos justificativos  (Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)

Apprendi v. New Jersey - That pursuant to the 6th Amendment, any fact other then the penalty for a crime beyond the prescribed statutory maximum must be submitted to a Jury and proven beyond a reasonable doubt.

(See attached memorandum)

Ground two:   4th Amendment = Warrantless
(Segundo motivo)

Search and Seizures - Ms. Padilla contends that the authorities did not have her permission, orally or written to enter or search her home at any time while they had her handcuffed and being questioned.

**Supporting facts (tell your story briefly without citing cases or law):**
**Hechos justificativos. (Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)**

If the search of a house is to be upheld as incident to arrest, arrest must take place inside of the house, not some where outside. See-Page.86-Line 9-11 of Evidence- Suppression Hearing-June, 4, 1998- She was outside of the house. The Gov. must be able to point to specific and articulate facts.

**Ground three:** 8th Amendment - Requires a
**(Tercer motivo)**
prison sentence to be proportionate, to the crime for which the defendant has been convicted. Although cautioning that no prison sentence is per-se constitutional, the court advised reviewing courts to grant substantial deference, to the broad.

**Supporting facts (tell your story briefly without citing cases or law):**
**(Hechos justificativos. Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)**

authority that legislatures necessarily possess in determining the types and limits of punishments for crimes, as well as to the discretion that trial courts possess in sentencing convicted criminals. *(See attached memorandum)

Page -12-

Ground four: Abuse of Discretion - The
(Cuarto motivo)
District Court improperly delegated its
sentencing authority by allowing the
probation officer to determine the
number of drug test that Ms. Padilla
must undergo during supervision.

**Supporting facts (tell your story briefly without citing cases or law):**
**Hechos justificativos. (Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)**

Judgement - page 3A of 4 Case # Crim. 97-
074-3 (DRD) - Additional standard conditions
of supervision; The defendant shall participate
in a alcohol and substance abuse program
arranged and approved by the U.S. Probation
Office until duly discharged by authorized,
program personnel with the approval of the

**13.** **If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not presented; and give your reasons for not presenting them:**
**(Si alguno de los motivos enumerados en el 12A, B, C, y D, no se ha presentado anteriormente, indique brevemente cuáles de los motivos no se presentaron y por qué razón:)**

Ground four
Continued from
# 12

Probation Officer. Defendant shall submitt
to urinalysis whenever required to do so by
the treatment program or the probation
officer.
This is a delegation infirmity which constitutes
error. (See attached memorandum)

Page -13-

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    (¿Tiene usted alguna petición o apelación pendiente en algún tribunal en relación con la sentencia que está impugnando?)

                          Yes ( )              No  ( )
                          (Si)                 (No)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein.
    (Dé el nombre y dirección, si los sabe, de cada uno de los abogados que lo representaron en las siguientes etapas de la sentencia que está impugnando.)

    a) At preliminary hearing: _Raimond. Rivera, Esq. +_
       (En la vista preliminar)
       _Luz M. Rios Esq._

    b) At arraignment and plead: _Raimond Rivera_
       (En la lectura de acusación y alegación)

    c) At trial: _____
       (En el juicio)

    d) At sentencing: _Raimond Rivera, Esq_
       (En la imposición de la sentencia)

    e) On appeal: _N/A_
       (En la apelación)

    f) In any post-conviction proceeding: _____
       (En cualquier proceso posterior a la condena)

    g) On appeal from any adverse ruling in a post-conviction proceeding:
       (En la apelación de cualquier decisión adversa en un proceso posterior a la condena.)
       _N/A_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment in the same court at the same time?



Page -14-

(¿Lo sentenciaron en un mismo tribunal y a la vez por más de un cargo en una acusación o por más de una acusación?)

Yes ( )                    No (X)
(Sí)                       (No)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
(¿Tiene que cumplir alguna otra pena después que termine la pena impuesta por el fallo que está impugnando?)

Yes ( )                    No (X)
(Sí)                       (No)

a) If so, give name and location of court which imposed sentence to be served in the future.
(De ser así, dé el nombre y localización del tribunal que impuso la pena que se cumplirá en el futuro.)

_____ n/A _____

b) And give date and length of sentence to be served in the future.
(Dé también la fecha y duración de la pena que cumplirá en el futuro.)

_____ n/A _____

c) Have you filed or do you contemplate filing any petition attacking the judgment which imposed the sentence to be served in the future?
(¿Ha radicado o piensa radicar alguna petición para impugnar el fallo bajo el cual se impuso la pena que se cumplirá en el futuro?)

Yes ( ) n/A                No ( ) n/A
(Sí)                       (No)

WHEREFORE, movant prays that the Court grant the relief to which he may be entitled in this proceeding.

(POR TODO LO CUAL, el peticionario solicita que el Tribunal le conceda el remedio al que pueda tener derecho bajo este procedimiento.)

In _____, _____.
En                           ,                           .

_____
Petitioner (Peticionario)

I declare under penalty of perjury that the foregoing is true and correct.

(Declaro bajo pena de perjurio que lo anterior es cierto y correcto.)

Signed this _09_ day of _November_, ~~19~~ _2004_.
Firmado hoy      del mes de            ~~19~~    .

_____
Petitioner (Peticionario)