

Luz Maria Padilla
14934-069
Federal Prison Camp
33 1/2 Pembroke Station Road
Danbury, CT 06811

7001 0360 0000 1444 4972

The United States District Court
District of Puerto Rico
Clerks Office
U.S. Federal Building
Avenida Carlos Chardon #150
Hato Rey, Puerto Rico 00918