Clerk of the Courts
United States District Court
District of Puerto Rico
150 Fedrico Degetau Federal Building
150 Carlos Chardon Avenue
Hato Rey, Puerto Rico   00918-1767

Re:  Sentencing Commission Changes on Sentencing Guidelines
     For Crack Cocaine Convictions
     U.S. v Luz Maria Padilla   Case No. 97-074(DRD)

Dear Sir/Madam:

   Please note that Defendant, Luz Maria Padilla, filed a motion pursuant to title 18 U.S.C.S. §3582(c)(2) requesting a two level sentence reduction.

   On January 30, 2008, Judge Daniel R. Dominguez ordered the government to respond within 10 days.

   To this date defendant has not received any notifications indicating the status of the motion.

   Recently, defendant approached the case manager at the Federal Prison Camp in Danbury, Connecticut, and was informed that nothing has changed in the Bureau of Prisons Case data.

   WHEREFORE, defendant would like to request an update on the Motion in order to provide the court with whatever missing information and/or documentation.

Respectfully submitted,

*Luz M. Padilla*

Luz Maria Padilla
Reg. No. 14934-069
Federal Prison Camp
33 1/2 Pembroke Station Road
Danbury, CT   06811